IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17 CR 51 RLW |
| | ) |
| TRAVION J. BROWN | ) |
| | ) |
| | ) |

## MOTION TO CONTINUE SENTENCING

Counsel requests that the March 28, 2018 sentencing be continued for at least 21 days. Counsel is still gathering information needed for sentencing. The government has no objection to the requested continuance. This request is made for good cause shown to ensure that the Court has the necessary information to determine the appropriate sentence in this cause.

WHEREFORE, counsel requests that the Court continue the trial setting in this cause for twenty-one days.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Nanci_McCarthy@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Saylor Fleming, Assistant United States Attorney.

/s/Nanci H. McCarthy
NANCI H. MCCARTHY
Assistant Federal Public Defender